IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORDELL BAKER, XAVIER ANGULO, and OWEN AVILES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ENCON INDUSTRIES CORP., and ANTHONY ENRICO CORE, Jointly and Severally,<br><br>Defendants. | 22-cv-1842 (JS)(AYS)<br><br>NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Cordell Baker, Xavier Angulo and Owen Aviles, the named plaintiffs in connection with the above-captioned action ("Named Plaintiffs"), and opt-in plaintiff David Winston (the "Opt-In Plaintiff" and, together with the "Named Plaintiffs", the "Plaintiffs"), having conferred with counsel, hereby accept the Offer of Judgment annexed hereto as Exhibit A.

Dated: New York, New York
May 19, 2023

PELTON GRAHAM LLC

By:  */s/ Taylor B. Graham*
Brent E. Pelton, Esq.
Taylor B. Graham, Esq.
111 Broadway, Suite 1503
New York, NY 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800

*Attorneys for Plaintiffs*