**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CORDELL BAKER, XAVIER ANGULO, and
OWEN AVILES, Individually and On behalf of all
others similarly situated,

                Plaintiffs,

   - against -                                           **JUDGMENT**
                                                                     CV 22-1842 (JS) (AYS)

ENCON INDUSTRIES, CORP., and ANTHONY
ENRIC CORE, Jointly and Severally,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on May 19, 2023, accepting Defendants' May 19, 2023 offer to allow entry of judgment against Defendants in favor of Plaintiffs in the amount of $6,000.00, which will fully and finally resolve all of Plaintiffs' claims for relief against Defendants, including without limitation to, claims for unpaid wages, overtime, violation of the Fair Labor Standards Act ("FLSA"), New York Labor Law ("NYLL"), New York common law, liquidated damages, statutory damages, punitive damages, emotional damages, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of otherwise related to the allegations which were asserted in this action, could have been asserted in this action, or in any way related to Plaintiffs' employment for Defendants, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Cordell Baker, Xavier Angulo, Owen Aviles, and David Winston against Defendants Encon Industries, Corp., and Anthony Enrico Core, jointly and severally, in the amount of $6,000.00, which fully and finally resolve all of Plaintiffs' claims for relief against Defendants, including without

limitation to, claims for unpaid wages, overtime, violation of the FLSA, NYLL, New York common law, liquidated damages, statutory damages, punitive damages, emotional damages, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of otherwise related to the allegations which were asserted in this action, could have been asserted in this action, or in any way related to Plaintiffs' employment for Defendants; and that this case is closed.

Dated: May 22, 2023
       Central Islip, New York

                                                   BRENNA B. MAHONEY
                                                   CLERK OF COURT

                             By:    /s/ James J. Toritto
                                        Deputy Clerk